**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Elijah James GADDY, Defendant–Appellant.**

No. 06–7097.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 7, 2006.

Elijah James Gaddy, Appellant Pro Se. Kimlani Murray Ford, Office of The United States Attorney, Charlotte, North Carolina, for Appellee.

PER CURIAM:

Elijah James Gaddy appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C.A. § 3582 (West 2000 & Supp.2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gaddy,* No. 3:03–cr–00109–2 (W.D.N.C. May 25, 2006). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*